```
_____ FILED _____ ENTERED
_____ LOGGED _____ RECEIVED
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

APR 13 2016

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. 16-938-BPG |
| BENJIE MONTALBAN, Defendant. | * | |

\*\*\*\*\*\*\*

## ORDER OF DETENTION BY AGREEMENT

The parties having agreed through counsel that the defendant be detained without prejudice to a request by either party for a detention hearing, it is

ORDERED, this __13th__ day of April 2016, that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either party requesting a prompt hearing to set appropriate conditions of release or otherwise address the detention of the defendant.

_____
Stephanie A. Gallagher
United States Magistrate Judge

WE ASK FOR THIS:

Rod J. Rosenstein
United States Attorney

_____ Dated: 4/13/16
Matthew J. Maddox
Assistant United States Attorney
36 South Charles Street, Fourth Floor
Baltimore, Maryland 21201
(410) 209-4800

_____ Dated: 4/13/2016
Susan Hensler, Esquire
Federal Criminal Defense
Mt. Washington Mill
1340 Smith Avenue, Suite 200
Baltimore, MD 21209

Attorney for Benjie Montalban